■ ADOLPH G. CORRENTE, Respondent, v TUTHILL PETROLEUM, INC., Appellant. (Action No. 1.) LYDIA ARMOCIDA, Respondent, v TUTHILL PETROLEUM, INC., Appellant. (Action No. 2.) NICHOLAS J. SPANO, Respondent, v TUTHILL PETROLEUM, INC., Appellant. (Action No. 3.) — Judgment of the Supreme Court, Suffolk County (Cohalan, J.), entered December 9, 1983, affirmed. No opinion.

Cross appeal by plaintiff Spano dismissed since it was not properly perfected in accordance with the rules of this court (see *Cooper v Bosse,* 85 AD2d 616; 22 NYCRR 670.8).

Plaintiff Spano is awarded one bill of costs. Titone, J. P., Gibbons, Brown and Niehoff, JJ., concur.